1090

GENERAL BUILDERS SUPPLY, INC., *Plaintiff*, v. ISSAQUAH
REAL ESTATE, ET AL., *Defendants*, MELVIN JOSEPH, ET AL.,
*Appellants*, TOM LEE MOORE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-17688-3, Carol A. Schapira, J., entered
November 25, 1998. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Coleman and Webster, JJ.

RUBY CASEY, *Respondent*, v. SAFEWAY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-08704-8, Larry Jordan, J., entered
December 11, 1998. *Affirmed* by unpublished per curiam
opinion.

THE STATE OF WASHINGTON, *Respondent*, v. J.W.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-04035-1, John M. Darrah, J., entered Feb-
ruary 12, 1999. *Affirmed* by unpublished per curiam
opinion.

THE STATE OF WASHINGTON, *Respondent*, v. BARRY D.
LOUKAITIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 96-1-00548-0, Michael E. Cooper, J., entered
October 10, 1997. *Affirmed* by unpublished opinion per
Schultheis, C.J., concurred in by Kurtz and Brown, JJ.